# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146422

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JEROME SWEEZER,
    Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS/
DIRECTOR, DEBRA SCUTT and
DEPARTMENT OF CORRECTIONS,
    Defendants-Appellees.

SC: 146422
COA: 310042
Ingham CC: 12-000110-AW

_____/

   On order of the Court, the application for leave to appeal the October 11, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



h0520

              Clerk